UNITED STATES DISTRICT COURT
NONTHERN DISTRICT OF OHIO
------------------------------------------------------

| | : | |
|---|---|---|
| KISMET PRODUCTS, INC., | : | CASE NO. 1:08-mc-00014 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | JUDGMENT |
| | : | |
| HCC BENEFITS CORP., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

For the reasons provided in the accompanying order and opinion, the Court now **ADOPTS** Bankruptcy Judge Morgenstern-Clarren's proposed findings of fact and conclusions of law. Thus, the Court **DENIES** Plaintiff Kismet's motion for summary judgment against Travelers and **GRANTS** Defendant Travelers's motion for summary judgment.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.


Dated: April 22, 2008                    s/    *James S. Gwin*
                                         JAMES S. GWIN
                                         UNITED STATES DISTRICT JUDGE